FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>JUAN CARLOS BASTIDE-HERNANDEZ,<br><br>                Defendant. | No. 1:18-CR-02050-SAB-1<br><br>**ORDER GRANTING MOTION TO DISMISS** |

    Before the Court is Defendant's Motion to Dismiss Due to Speedy Trial Violation, ECF No. 61. Defendant is represented by Paul Shelton. The Government is represented by Thomas Hanlon. The motion was heard without oral argument.

    The parties stipulate that this case should be dismissed with prejudice and it also appears that the Mandate from the Ninth Circuit was never docketed in the District Court. The Court finds good cause to grant the motion.

//
//
//
//
//
//

**ORDER GRANTING MOTION TO DISMISS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss Due to Speedy Trial Violation, ECF No. 61, is **GRANTED**.

2. The Indictment, ECF No. 1, is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 28th day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS** # 2